# UNITED STATES DISTRICT COURT
for the

United States of America
v.
Gurprit Singh
*Defendant*

Case No.

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 09/04/2025

*Defendant's signature*

*Signature of defendant's attorney*

David J. Grimaldi
*Printed name of defendant's attorney*

*Judge's signature*

Denise J. Casper, USDJ
*Judge's printed name and title*